[No. 17069-1-III.    Division Three.    November 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ARNOLD ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01827-8, Robert D. Austin, J., entered November 21, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.

[Nos. 17122-1-III; 17782-3-III.    Division Three.    November 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH WILLIAM HILL, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 97-1-00116-2, Kathleen M. O'Connor, J., entered December 12, 1997 and July 30, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 17271-6-III.    Division Three.    November 16, 1999.]

RONALD L. FERGUSON, ET AL., *Appellants*, v. THE CITY OF GOLDENDALE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 97-2-00038-1, Michael W. Leavitt, J., entered December 16, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17452-2-III.    Division Three.    November 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ALFREDO CERDA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 97-1-00307-2, Robert L. Zagelow, J., entered April 20, 1998. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.